## WILLIAM W. WOOLLEN, JR. V. PETER WISE.

This case is decided by reference to *Ruddle* v. *Thalor*, and *Woollen* v. *Whitacre, supra.*

Filed May 19, 1881.

Appeal from Huntington Circuit Court.

Opinion of the court by Mr. Justice Worden.

This case is much like that of the same appellant against Price S. Whitacre, and that of *James H. Ruddle* v. *George Thalor*, at the present term, and, on grounds stated in those cases, the judgment below must be reversed.

The judgment below is reversed, with costs and the cause remanded, with instructions to the court below to sustain the demurrer to the first and second paragraphs of answer.